GIBBONS

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

May 14, 2025

**VIA ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:** ***American Regent, Inc. v. Somerset Therapeutics, LLC, et al.,***
**No. 2:24-cv-01022-BRM-CLW (Consolidated)**

Dear Judge Martinotti:

We, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., counsel for Plaintiff American Regent, Inc., and Benesch Friedlander Coplan & Aronoff LLP, counsel for Defendant Accord Healthcare Inc., jointly submit the attached Consent Judgment for the Court's consideration. If Your Honor finds this document acceptable, the parties respectfully request that Your Honor execute the document and direct its entry on the docket.

Please note that this Consent Judgment does not impact in any way the claims, counterclaims, or affirmative defenses in matters pending between Plaintiff and the other defendants[1] that were consolidated in the above-referenced matter.

Should the Court require anything further, the parties will make themselves available at the Court's convenience. The parties thank the Court for its time and assistance in this matter.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

Attachment
cc: All counsel of record via ECF and counsel for Accord Healthcare Inc. via ECF and e-mail

---

[1] Somerset Therapeutics, LLC, Somerset Pharma, LLC, Odin Pharmaceuticals, LLC (C.A. Nos. 24-1022 and 24-1030), RK Pharma, Inc. (C.A. No. 24-1169), and Apotex Corp. and Apotex, Inc. (C.A. No. 24-2268).