UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: BRIAN R. MARTINOTTI  Date: 03/11/2020
Court Reporter: TAMMERA WITTE  Civil Action No.: 24-1022

Title of the Case:

AMERICAN REGENTS, INC.,
v.
SOMERSET THERAPEUTICS LLC,
*et al*

Appearances:

Charles H. Chevalier, Adil Moghan, Ryan E. Conkin, & Uma Everett, Attorneys for Plaintiff
James S. Richter, Attorneys for Defendants, Somerset & Apotex
Joseph Janusz, Attorney for Apotex
Kurt A. Mathas, Attorney for Somerset
Corey Weistein, Attorney for RK Pharma

Nature of Proceedings:

**Markman Hearing** held.
Arguments heard by counsel.
Court RESERVED decision


Time Commenced: 1:30 pm
Time Concluded:  2:30 pm

Lissette Rodriguez, Courtroom Deputy
to the Hon. Brian R. Martinotti, U.S.D.J.