# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SOMERSET THERAPEUTICS, LLC, SOMERSET PHARMA, LLC, ODIN PHARMACEUTICALS, LLC, APOTEX INC., APOTEX, CORP., RK PHARMA, INC. and ACCORD HEALTHCARE INC.,<br><br>*Defendants.* | C.A. No. 2:24-01022-BRM-CLW<br>(Consolidated) |

## CONSENT JUDGMENT

American Regent, Inc. ("ARI"), and Accord Healthcare Inc. ("ACCORD"), parties in the above-captioned Action, specifically in the Actions initiated by Plaintiff, ARI, against ACCORD in Civil Action Nos. 2:24-09600-BRM-CLW and 2:24-01022-BRM-CLW, have resolved this litigation for good cause and valuable consideration recognized by ARI and ACCORD. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the Action, as follows:

IT IS this __16___ day of _____June_____, 2025:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above Action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "ACCORD Product(s)" shall mean the drug product(s) manufactured, sold, offered for sale or distributed pursuant to Abbreviated

New Drug Application No. 218656 (including any supplements, or modification or amendments thereto or replacements thereof) ("ACCORD's ANDA"); (ii) the term "Licensed ARI Patents" shall mean United States Patent Nos.: 11,786,548 ("the '548 Patent"); 11,975,022 ("the '022 Patent"); 11,998,565 ("the '565 Patent"); 12,150,956 ("the '956 Patent") and 12,150,957 ("the '957 Patent"); and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with ACCORD; for purposes of this definition, "control" means: (a) ownership, directly or through one or more intermediaries, of: (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership; or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized by ARI pursuant to the Settlement Agreement or by 35 U.S.C. § 271(e)(1), ACCORD, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed ARI Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the ACCORD Product(s) in the United States.

4. Compliance with this Consent Judgment may be enforced by ARI, its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6.  All claims, counterclaims, affirmative defenses and demands in this Action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

7.  Nothing herein shall preclude the U.S. Food & Drug Administration from granting final approval to ACCORD's ANDA or shall preclude ACCORD from filing, modifying, or maintaining with the FDA any Paragraph IV Certification for the ACCORD Product(s) pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV).

>   */s/ Brian R. Martinotti*
>   Brian R. Martinotti
>   United States District Judge