**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| AMERICAN REGENT, INC. v. SOMERSET THERAPEUTICS, LLC, SOMERSET PHARMA, LLC AND ODIN PHARACEUTICALS, LLC | C.A. Nos. 24-cv-01030-BRM-LDW and 24-cv-01022-BRM-LDW (consolidated) |
|---|---|

**CONSENT JUDGMENT**

American Regent, Inc. ("ARI"), and Somerset Therapeutics, LLC, Somerset Pharma, LLC, and Odin Pharmaceuticals, LLC, (referred to herein together as "SOMERSET"), parties in the above-captioned Actions, specifically in the Actions initiated by Plaintiff, ARI, against SOMERSET in Civil Action No. 24-cv-01030-BRM-LDW and No. 2:24-cv-01022-BRM-LDW (consolidated) (collectively, the "Actions") have resolved this litigation for good cause and valuable consideration recognized by ARI and SOMERSET. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the Actions, as follows:

IT IS this 17 day of [illegible], 2026:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above Actions and has personal jurisdiction over the parties.

2. Capitalized terms not otherwise defined in this Consent Judgment shall have the meaning set forth in the Settlement Agreement.

3. Unless otherwise specifically authorized by ARI or by 35 U.S.C. § 271(e)(1), SOMERSET, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed ARI Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the SOMERSET Product(s) in the United States.

4. Compliance with this Consent Judgment may be enforced by ARI, its successors in interest, or assigns.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in these Actions are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

7. Nothing herein shall preclude the U.S. Food & Drug Administration from granting final approval to the SOMERSET ANDAs or shall preclude SOMERSET from filing, modifying, or maintaining with the FDA any Paragraph IV Certification for the SOMERSET Product(s) pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV).

Brian R. Martinotti
United States District Judge

We hereby consent to the form and entry of this Order:

*s/Charles H. Chevalier*

Charles H. Chevalier
FBT GIBBONS LLP
One Gateway Center
Newark, New Jersey 07102-5310|
(973) 596-4611
cchevalier@fbtgibbons.com

OF COUNSEL:

Dennies Varughese, Pharm. D.
Uma Everet
Adam LaRock
Alex Alfano
Ryan Conkin
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

*Attorneys for Plaintiff American Regent, Inc.*

*s/James S. Richter*

James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
jrichter@midlige-richter.com

OF COUNSEL:

Kurt Mathas
Kevin Boyle
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel. (312) 558-5600
kmathas@winston.com
kboyle@winston.com

Claire Fundakowski
Lauren Rennecker
WINSTON & STRAWN LLP
1901 K Street, N.W.
Washington, DC 20036
Tel. (202) 282-5000
cfundakowski@winston.com
lrennecker@winston.com

*Attorneys for Defendants Somerset Therapeutics, LLC, Somerset Pharma, LLC, and Odin Pharmaceuticals, LLC*