**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN REGENT, INC.<br>*Plaintiff*,<br>v.<br>APOTEX, INC. and APOTEX CORP.,<br>*Defendants*. | C.A. No. 24-cv-02268-BRM-LDW |
| AMERICAN REGENT, INC.<br>*Plaintiff*,<br>v.<br>SOMERSET THERAPEUTICS, LLC, SOMERSET PHARMA, LLC, ODIN PHARMACEUTICALS, LLC, APOTEX, INC., APOTEX CORP., and RK PHARMA, INC.,<br>*Defendants*. | C.A. No. 24-cv-01022-BRM-LDW (consolidated) |

**CONSENT JUDGMENT**

American Regent, Inc. ("ARI"), and Apotex Inc. and Apotex Corp. (referred to herein together as "APOTEX"), parties in the above-captioned Actions, specifically in the Actions initiated by Plaintiff, ARI, against APOTEX in Civil Action Nos. 24-cv-02268-BRM-LDW and No. 2:25-cv-01022-BRM-LDW (consolidated) (collectively, the "Actions") have resolved this litigation for good cause and valuable consideration recognized by ARI and APOTEX. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the Actions, as follows:

IT IS this 15th day of APRIL, 2026:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above Actions and has personal jurisdiction over the parties.

2. Capitalized terms not otherwise defined in this Consent Judgment shall have the meaning set forth in the Settlement Agreement.

3. Unless otherwise specifically authorized by ARI pursuant to the Settlement Agreement or by 35 U.S.C. § 271(e)(1), APOTEX, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed ARI Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the APOTEX Product(s) in the United States.

4. Compliance with this Consent Judgment may be enforced by ARI, its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in these Actions are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

7. Nothing herein shall preclude the U.S. Food & Drug Administration from granting final approval to the APOTEX ANDA or shall preclude APOTEX from filing, modifying, or maintaining with the FDA any Paragraph IV Certification for the APOTEX Product(s) pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV).

Brian R. Martinotti
United States District Judge

We hereby consent to the form and entry of this Order:

*s/Charles H. Chevalier*
Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

OF COUNSEL:

Dennies Varughese, Pharm. D.
Uma Everet
Adam LaRock
Alex Alfano
Ryan Conkin
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

*Attorneys for Plaintiff American Regent, Inc.*

*s/James S. Richter*
James S. Richter
MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622

OF COUNSEL:

Deepro Mukerjee
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020
deepro.mukerjee@katten.com

Joseph Janusz
Katten Muchin Rosenman LLP
615 S. College Street, Suite 1700
Charlotte, NC 28202
joe.janusz@katten.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*