FBT Gibbons

Charles H. Chevalier
PARTNER
P: +1 973.596.4611
CCHEVALIER@FBTGIBBONS.COM

July 16, 2026

**Via ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re: *American Regent, Inc. v. Somerset Therapeutics, LLC*, No. 24-1022 (BRM) (LDW) and *American Regent, Inc. v. RK Pharma, Inc.*, No. 24-1069 (BRM) (LDW)**

Dear Judge Martinotti:

Our firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Plaintiff American Regent, Inc. ("ARI") in the above-referenced matters. With Woods Rogers PLC and Midlige Richter, LLC, counsel for Defendant RK Pharma, Inc. ("RK Pharma"), we submit the attached Consent Judgment for the Court's consideration.

If the Court finds the attached Consent Judgment acceptable, ARI and RK Pharma respectfully request that Your Honor endorse it and direct its entry on the docket. Should the Court wish to discuss this matter further, ARI and RK Pharma are available at the Court's convenience. We thank the Court for its time and consideration.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

cc: All counsel of record (via ECF and email)