| | |
|---|---|
| AMERICAN REGENT, INC. v. RK PHARMA, INC. | C.A. Nos. 24-cv-01169-BRM-LDW and 24-cv-01022-BRM-LDW (consolidated) |

American Regent, Inc. ("ARI") and RK Pharma, Inc. ("RK PHARMA"), parties in the above-captioned Actions, specifically in the Actions initiated by Plaintiff, ARI, against RK PHARMA in Civil Action Nos. 24-cv-01169-BRM-LDW and No. 2:25-cv-01022-BRM-LDW (consolidated) (collectively, the "Actions") have resolved this litigation for good cause and valuable consideration recognized by ARI and RK PHARMA. Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the Actions, as follows:

IT IS this 21st day of July, 2026:

ORDERED, ADJUDGED AND DECREED as follows:

1.A This District Court has jurisdiction over the subject matter of the above Actions and has personal jurisdiction over the parties.

2.A Capitalized terms not otherwise defined in this Consent Judgment shall have the meaning set forth in the Settlement Agreement.

3.A Unless otherwise specifically authorized by ARI pursuant to the Settlement Agreement or by 35 U.S.C. § 271(e)(1), RK PHARMA, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed ARI Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the RK PHARMA Product(s) in the United States.

4.A Compliance with this Consent Judgment may be enforced by ARI, its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5.A This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6.A All claims, counterclaims, affirmative defenses and demands in these Actions are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

7.A Nothing herein shall preclude the U.S. Food & Drug Administration from granting final approval to the RK PHARMA ANDA or shall preclude RK PHARMA from filing, modifying, or maintaining with the FDA any Paragraph IV Certification for the RK PHARMA Product(s) pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV).

Brian R. Martinotti
United States District Judge

We hereby consent to the form and entry of this Order:

| s/Charles H. Chevalier | s/James Richter |
| --- | --- |
| Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center | James Richter<br>Midlige Richter, LLC<br>121 Union Avenue |

Newark, New Jersey 07102-5310
(973) 596-4611
cchevailer@gibbonslaw.com

OF COUNSEL:

Dennies Varughese, Pharm. D.
Uma Everet
Adam LaRock
Alex Alfano
Ryan Conkin
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
ueverett@sternekessler.com
alarock@sternekessler.com
aalfano@sternekessler.com
rconkin@sternekessler.com

*Attorneys for Plaintiff American Regent, Inc.*

Middlesex, NJ 08846
(908) 626-0622
jrichter@midlige-richter.com

OF COUNSEL:

Neal Seth
Woods Rogers PLC
1765 Greensboro Station Place
Suite 900
Tysons, VA 22102
Neal.Seth@woodsrogers.com

*Attorneys for Defendant RK Pharma, Inc.*